UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CAMILO K. SALAS, III,

    Plaintiff,

v.                                                   Case No. 3:21cv890-MCR-HTC

COMMONWEALTH LAND TITLE INSURANCE COMPANY,

    Defendant.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on April 5, 2022. ECF No. 54.   The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).   I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections[1] thereto, I have determined the Report and Recommendation should be adopted.

---

[1] Plaintiff's Objection filed on April 19, 2022 (ECF No. 55) is extremely difficult to read given the improper font and formatting.

Case No. 3:21cv890-MCR-HTC

Accordingly, it is **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation (ECF No. 54) is adopted and incorporated by reference in this Order.

2. The Trust's motion for entry of default and to strike Commonwealth's motion to dismiss (ECF Doc. 33) is DENIED.

3. The Commonwealth's motion to dismiss, ECF Doc. 29, is treated as a motion for summary judgment, and is GRANTED.

4. The Trust's motion for summary judgment, ECF Doc. 38, is DENIED.

5. The clerk is directed to enter judgment in favor of the Defendant, Commonwealth on all Plaintiff's causes of action.

6. The clerk of court is directed to close the file.

**DONE AND ORDERED** this 9th day of June 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**